IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-26-D-1
No. 5:17-CV-603-D

JACKIE VICTOR ADAMS,           )
                               )
        Petitioner,            )
                               )     ORDER
    v.                         )
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )

For good cause having been shown upon the motion of Respondent, it is hereby ORDERED that this matter is placed in abeyance pending the issuance of the mandate in <u>United States v. Wheeler</u>, 886 F.3d 415, 429 (4th Cir. 2018).

This __8__ day of __May__, 2018.

JAMES C. DEVER III
Chief United States District Judge