IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-26-D
No. 5:17-CV-603-D

| | |
|---|---|
| JACKIE VICTOR ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The court GRANTS the government's motion to lift the stay [D.E. 76], GRANTS the government's motion to convert the petition into a petition under 28 U.S.C. § 2241 [D.E. 72], and GRANTS Jackie Victor Adams's ("Adams") motion to vacate his 188-month sentence [D.E. 67]. After the United States Probation Office prepares a new Presentence Investigation Report ("PSR"), the court will hold a new sentencing hearing and resentence Adams.

SO ORDERED. This 22 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge